IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARON DEAN, ) | |
| ) | 4:06CV3016 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DEPARTMENT OF CORRECTIONAL ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on filing no. 5, the motion for an extension of time, and filing no. 6, the motion for alternate method of payment, both filed by the plaintiff. After review of the record, both filing no. 5 and filing no. 6 are granted. Initial review of this matter will be conducted by further order of the court.

IT IS THEREFORE ORDERED:

1. That filing no. 5 is granted; and
2. That filing no. 6 is granted.

DATED this 17th day of March, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge