IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARON DEAN, ) | |
| ) | |
| Plaintiff, ) | 4:06cv3016 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| DEPARTMENT OF CORRECTIONAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Filing No. 51, the plaintiff's Motion for Reconsideration, and Filing No. 52, the plaintiff's Motion for Recusal. Both motions are denied.

In Filing No. 51, the plaintiff, JaRon Dean, asks the court to order his custodian, the Nebraska Department of Correctional Services ("DCS"), to stop deducting filing fee payments from the plaintiff's general inmate account and instead to withdraw the payments from the plaintiff's inmate savings account. In Filing No. 50, this court declined to interfere in internal prison administrative decisions regarding prisoner trust accounts. If the plaintiff requires more time to pay a filing fee, the court can grant any such request. However, this court will not direct DCS to alter its regulations and procedures regarding inmate savings and spending accounts. The Motion for Reconsideration is denied.

In Filing No. 52, the plaintiff presumes judicial bias and prejudice against him based on the previous employment of the undersigned judge. However, there is no basis in law or fact for the requested recusal, and Filing No. 52 is denied.

SO ORDERED.

DATED this 21st day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge